48 A.3d 1243

**Shariff ATUN EL, Petitioner**

v.

**UNITED STATES, et al., Respondent.**

**No. 46 EM 2012.**

Supreme Court of Pennsylvania.

July 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2012, the Application for Leave to File Original Process is **DENIED,** and the Petition for Writ of Habeas Corpus is **DISMISSED.**